IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN SKILES,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 10-2270 |
| | : | |
| **CITY OF READING, et al** | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW**, this   7th   day of January, 2011, upon careful consideration of defendants' motion to dismiss plaintiff's amended complaint (Document # 14) and plaintiff's response thereto (Document # 15) it is hereby ORDERED that the motion is **GRANTED.** Plaintiff's complaint is dismissed with prejudice.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.